# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Bankruptcy Court. |
| A.P. LIQUIDATING CO. f/k/a APEX GLOBAL INFORMATION SERVICES, INC., a Nevada corporation, | Case No. 00-42839<br>Chapter 11<br>Hon. Steven W. Rhodes<br>2:08 –CV 10590 |
| Debtor. | Adversary Proceeding No. 02-4559 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF APEX GLOBAL INFORMATION SERVICES, INC., and McTEVIA & ASSOCIATES, INC., as Liquidating Agent of A.P. LIQUIDATING CO. f/k/a APEX GLOBAL INFORMATION SERVICES, INC. | Civil Case Nos. 08-cv-10590, 08-cv-10720<br>Hon. Denise Paige Hood |
| Appellants/Cross-Appellants, | |
| v. | |
| QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, | |
| Appellee/Cross-Appellant. | |

## ORDER FOR SUBSTITUTION OF COUNSEL

Upon consideration of the Stipulation and Substitution of Counsel, and the Court being Fully Advised in the Premises;

**IT IS HEREBY ORDERED that Robert J. Franzinger, Sheryl L. Toby and Jong-Ju Chang of Dykema Gossett PLLC are substituted in the place and instead of Brendan Best to represent Qwest Communication Corporation.**

Dated: August 7, 2008        s/Denise Page Hood
                             **Denise Page Hood**
                             **United States District Judge**