UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF APEX GLOBAL INFORMATION          No. 08-cv-10590 (Appeal)
SERVICES, INC., and McTEVIA & ASSOCIATES, INC.,
as liquidating Agent of A.P. Liquidating Co. f/k/a
APEX GLOBAL INFORMATION SERVICES, INC.

        Appellants / Cross-Appellees,    Hon. Denise Page Hood

v.

QWEST COMMUNICATIONS CORPORATION,
a Delaware corporation,

        Appellee/ Cross-Appellant.
_____/

**JUDGMENT**

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Judgment on the Bankruptcy Appeal is entered in favor of Qwest and against AGIS.

DAVID J. WEAVER
CLERK OF COURTS

Approved:                                          By: s/ Wm. F. LEWIS
                                                            Deputy Clerk

s/ DENISE PAGE HOOD
Denise Page Hood
United States District Jduge
Dated: April 13, 2009
Detroit, Michigan